UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CYNTHIA SCRUGGS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Judge Echols |
| | ) | No. 3:07-0923 |
| TRW AUTOMOTIVE U.S. LLC, | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant TRW Automotive U.S., LLC's Motion for Summary Judgment (Docket Entry No. 33) is hereby GRANTED;

(2) Plaintiff's "First Motion for Court to Suspend Local Rule 56.01(c)" (Docket Entry No. 57) is hereby GRANTED;

(3) Defendant's Motion to Strike (Docket Entry No. 51) is hereby DENIED in all respects, except to the limited portions considered by the Court in accordance with the Court's discussion in the aforesaid Memorandum; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE